# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO 1:19-CV-25175-DPG

ALAN MELILLO,
individually and on behalf of all others
similarly situated,

**CLASS ACTION**

*Plaintiff*,

**JURY TRIAL DEMANDED**

v.

BETANCOURT AUTO SALES, CORP,

*Defendant*,

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Alan Melillo, by and through undersigned counsel, hereby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal within ten (10) days.

Date: January 31, 2020

Respectfully Submitted,

**SHAMIS & GENTILE, P.A.**
*/s/ Andrew J. Shamis*
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 1205
Miami, Florida 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

**EDELSBERG LAW, PA**
/s/ Scott Edelsberg
Scott Edelsberg, Esq.
Florida Bar No. 0100537
scott@edelsberglaw.com
20900 NE 30th Ave, Suite 417
Aventura, FL 33180
Telephone: 305-975-3320